IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DESMOND O. CAMPBELL,**<br><br>　　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>C**RAIG** K**OENIG**, W**ARDEN**,[1]<br><br>　　　　　　　　　　　　Respondent. | Case No. 23-cv-04580 BLF<br><br>**ORDER** |

   Good cause appearing, Respondent may have until April 2, 2024, to file his answer or other response to the application for writ of habeas corpus.  If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent's counsel on or before April 30, 2024.

   **IT IS SO ORDERED**.

Dated:　February 1, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Beth Labson Freeman

---

[1] We ask that Craig Koenig be substituted for the People of the State of California as respondent. *See* Rules Governing § 2254 Cases, Rule 2(a); Fed. R. Civ. P. 25(d).

1