IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DESMOND O. CAMPBELL,** | Case No. 23-cv-04580 BLF |
| Petitioner, | **ORDER** |
| v. | |
| **CRAIG KOENIG, WARDEN,** | |
| Respondent. | |

   Good cause appearing, Respondent may have until May 2, 2024, to file his answer or other response to the application for writ of habeas corpus.  If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent's counsel on or before June 3, 2024.

   **IT IS SO ORDERED**.

Dated:  __April 2, 2024_____                    _____
                                                                                   The Honorable Beth Labson Freeman