UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESMOND O. CAMPBELL,<br>   Petitioner,<br>   v.<br>PEOPLE OF THE STATE OF CA,<br>   Respondent. | Case No. 23-cv-04580 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**<br><br>(Docket No. 14) |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging his state conviction. Dkt. No. 1. On December 4, 2023, the Court issued an order to show cause. Dkt. No. 8. Respondent filed a motion to dismiss the petition as untimely, among other grounds. Dkt. No. 13. Petitioner's opposition was due by May 27, 2024. *See* Dkt. No. 8 at 3.

Petitioner has filed a motion for extension of time to file an opposition, asserting he needs more time to conduct research and limited library access due to lockdowns. Dkt. No. 14. Good cause appearing, the motion is **GRANTED**. Petitioner is granted an additional twenty days to file a response, such that his opposition shall be filed **no later than June 17, 2024.**

Respondent shall file with the court and serve on Petitioner a reply within **fourteen**

**(14) days** of receipt of any opposition.

This order terminates Docket No. 14.

**IT IS SO ORDERED.**

Dated: __June 4, 2024_____

BETH LABSON FREEMAN
United States District Judge

Order Granting Mot. for EOT to file Opp.
PRO-SE\BLF\HC.23\04580Campbell_eot-opp

2