UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESMOND CAMPBELL,<br>        Petitioner,<br>   v.<br>E. BORLA, Acting Warden,<br>        Respondent. | Case No.  23-cv-04580 BLF (PR)<br><br>**JUDGMENT** |

    For the reasons stated in the order granting Respondent's motion to dismiss, this case is DISMISSED WITH PREJUDICE.  Judgment is entered accordingly.

    The Clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: _____October 30, 2024_____

_____
BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.23\04580Campbell_judgment